**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JEFF SCOTT as special administrator of the Estate of Donald Scott, et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **MERCK & CO., INC.,** | ) ) |
| **Defendant.** | ) |

**CAUSE NO. 07-CV-258-WDS**

## O R D E R

**STIEHL, District Judge:**

The undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-FERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: April 11, 2007.**

s/ **WILLIAM D. STIEHL**
**DISTRICT JUDGE**

Case reassigned to United States District Judge David R. Herndon. All future pleadings shall bear Case No. 07-258-DRH.