IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEFF SCOTT, et al.**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Civil No. **07-258-DRH** |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case. The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS THEREFORE ORDERED** that

**IT IS SO ORDERED.**

DATED: April 13, 2007

                                           s/ Clifford J. Proud
                                           **CLIFFORD J. PROUD**
                                           **U. S. MAGISTRATE JUDGE**

**This case is reassigned to Magistrate Judge Philip M. Frazier for full pretrial, no dispositive motions.**