IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEFF SCOTT AS SPECIAL
ADMINISTRATOR OF THE
ESTATE OF DONALD SCOTT,
JESSIE TIPTON, AND
KIMBERLY HUBBARD,**

**Plaintiffs,**

**v.**

**MERCK & CO., INC.,**

**Defendant.**                                              No. 07-0258-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Defendant Merck & Co's April 10, 2007 motion to stay all proceedings (Doc. 4). Specifically, Merck moves the Court to stay all proceedings in this action pending its likely transfer to ***In re VIOXX Prods. Litig.*, MDL No. 1657**. As of this date, Plaintiffs have not responded to the motion. The Court considers the failure to respond an admission of the merits of the motion.[1] Thus, the Court **STAYS** this matter pending its transfer to the MDL.

**IT IS SO ORDERED.**

Signed this 29th day of April, 2007.

/s/     David   RHerndon
**United States District Judge**

---

[1] **Local Rule 7.1(g)** provides in part: "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion."